IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORY NIXON, JOHN KIRBY, LANE CHAPMAN,
MICHAEL BARNETT, CHRIS DISMUKE, CODY GLAZE
LOUIS JOHNSON, JOSH MCSPADDEN, PHILLIP NELSON,
GLYNN TAYLOR, JAMES WALKER, ARTHUR WHEELER,
STEVEN WHITE, SHANE WILLIAMS, each individually
and on behalf of others similarly situated                               PLAINTIFFS

V.                                       4:13CV00726 JM

ETS OILFIELD SERVICE L.P.,
DEVIN NEVILLES, and JOE COX,
individually and as Owners/Managers
of ETS Oilfield Services L.P.                                            DEFENDANTS

## ORDER OF DISMISSAL

After review, the Court approves the Joint Motion for Settlement Approval and to Dismiss Claims with Prejudice (ECF No. 93). This action has been settled. All pending motions are moot.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case.

Dated this 30th day of November, 2015.

_____
James M. Moody Jr.
United States District Judge